UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOY L. WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. C11-5242BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　The R&R is **ADOPTED**; and

　　(2)　The decision by the Administrative Law Judge is **REVERSED** and the action is **REMANDED** to the Social Security Administration for further consideration as discussed in the R&R.

　　Dated this 4th day of April, 2012.

　　　　　　　　　　　　　　　　　　／s／ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER